

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

Pending before the court is appellants' opposed motion for leave to exceed word limitations for appellants' reply brief. In the motion, appellants explain they must respond to two separate appellees' briefs. Appellants also seek "leave to address previously undisclosed evidence of evident partiality of the arbitrator."

The request to exceed word limitations in appellants' reply brief is GRANTED. The request to present new arguments in appellants' reply brief is DENIED. *See Lopez v. Montemayor*, 131 S.W.3d 54, 61 (Tex. App.—San Antonio 2003, pet. denied) ("A reply brief is not intended to allow an appellant to raise new issues."). The court will not consider any new arguments raised in the reply brief. *See id.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court